United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13395-amc |
| Juan Carlos V. Malabuyo | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 26, 2025 | Form ID: 155 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan Carlos V. Malabuyo, 1807 Harmon Road, Conshohocken, PA 19428-1206 |
| 14929236 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14937670 | + | Pennymac Loan Services, LLC, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14929259 | + | Trisha T. Malabuyo, 1807 Harmon Road, Conshohocken, PA 19428-1206 |
| 14938300 | | Truist Bank, Truist Bank, Support Services, PO Box 85092, VA 23286 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14929240 | | Email/Text: legal@arsnational.com | Feb 27 2025 00:55:00 | ARS National Services, Inc., P.O. Box 469046, Escondido, CA 92046-9046 |
| 14930244 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 27 2025 01:39:48 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14944737 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 27 2025 03:05:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14929239 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 27 2025 00:54:00 | Ally Financial, Inc., Attn: Bankruptcy, P.O. Box 380901, Bloomington, IL 55438-0901 |
| 14929241 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 27 2025 00:54:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14948459 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 27 2025 00:54:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14929242 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2025 03:04:52 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14931003 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 27 2025 01:29:18 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14932572 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2025 01:51:28 | Capital One N.A. by AIS InfoSource LP as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14932295 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 27 2025 01:40:11 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14929243 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2025 01:39:48 | Citibank, Citicorp Credit Services, Centralized Bankruptcy, P.O. Box 790040, St Louis, MO 63179-0040 |
| 14929244 | ^ | MEBN | Feb 27 2025 00:26:10 | D & A Services, 1400 E. Touhy Avenue, Suite G2, Des Plaines, IL 60018-3338 |
| 14929245 | + | Email/Text: mrdiscen@discover.com | Feb 27 2025 00:54:00 | Discover Bank, Attn: Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |

Case 24-13395-amc    Doc 23    Filed 02/28/25    Entered 03/01/25 00:34:40    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 26, 2025 | Form ID: 155 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 14931412 | | Email/Text: mrdiscen@discover.com | Feb 27 2025 00:54:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14930315 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 27 2025 00:55:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 14929247 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 27 2025 00:55:00 | First National Bank of Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 14929248 | | Email/Text: administrative@foundationfinance.com | Feb 27 2025 00:55:00 | Foundation Finance Company, Attn: Bankruptcy, P.O. Box 437, Schofield, WI 54476 |
| 14929249 | + | Email/Text: contact@fiwlaw.com | Feb 27 2025 00:55:00 | Frederic I. Weinberg, Esquire, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14929238 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Feb 27 2025 00:55:00 | Frederic J. Baker, Esquire, Assistant United States Trustee, Robert NC Nix, Sr. Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14929250 | ^ | MEBN | Feb 27 2025 00:26:23 | InDebted USA, Inc., P.O. Box 1201, Farmington, MO 63640-4128 |
| 14929251 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 27 2025 00:55:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14948091 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 27 2025 00:55:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 14939937 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 27 2025 00:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14929252 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 27 2025 01:39:54 | JPMorgan Chase Bank, N.A., P.O. Box 29505, AZ1-1191, Phoenix, AZ 85038-9505 |
| 14949175 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 27 2025 00:55:00 | Jefferson Capital Systems, LLC, PO Box 772813, Chicago IL 60677-2813 |
| 14929253 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 27 2025 00:55:00 | Nelnet, Attn: Claims, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 14937260 | ^ | MEBN | Feb 27 2025 00:26:15 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14929254 | + | Email/PDF: ebnotices@pnmac.com | Feb 27 2025 01:51:03 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 14943328 | + | Email/PDF: ebnotices@pnmac.com | Feb 27 2025 01:29:31 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14929255 | + | Email/Text: bkrgeneric@penfed.org | Feb 27 2025 00:54:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, 2930 Eisenhower Avenue, Alexandria, VA 22314-4557 |
| 14967293 | | Email/Text: bnc-quantum@quantum3group.com | Feb 27 2025 00:55:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14929256 | + | Email/Text: bknotice@raslavrar.com | Feb 27 2025 00:54:00 | RAS LaVrar, LLC, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 14929257 | ^ | MEBN | Feb 27 2025 00:26:33 | Ratchford Law Group, P.C., 54 Glenmaura National Boulevard, Suite 104, Moosic, PA 18507-2161 |
| 14933231 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2025 01:28:48 | Santander Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14929258 | + | Email/Text: EBN@Mohela.com | Feb 27 2025 00:54:00 | Sofi Lending Corporation, Attn: Bankruptcy, P.O. Box 1022, Chesterfield, MO 63006-1022 |
| 14929260 | + | Email/Text: bankruptcy@bbandt.com | Feb 27 2025 00:55:00 | Truist Bank, P.O. Box 849, Wilson, NC |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 26, 2025 | Form ID: 155 | Total Noticed: 49 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 27894-0849 |
| 14937418 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 27 2025 00:55:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14949076 | | Email/Text: bknotice@upgrade.com | Feb 27 2025 00:54:00 | Upgrade, Inc., 2 N Central Ave Floor #10, Phoenix, AZ 85004 |
| 14929261 | | Email/Text: bknotice@upgrade.com | Feb 27 2025 00:54:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 14929246 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 27 2025 00:55:00 | Elan Financial Services, P.O. Box 790408, St. Louis, MO 63179-0408 |
| 14934400 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 27 2025 00:55:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14929262 | + | Email/Text: LCI@upstart.com | Feb 27 2025 00:54:00 | Upstart Finance, Attn: Bankruptcy, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 14930575 | ^ | MEBN | Feb 27 2025 00:26:15 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14929263 | + | Email/Text: BKRMailOps@weltman.com | Feb 27 2025 00:55:00 | Weltman, Weinberg & Reis Co., LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |

TOTAL: 44

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14929237 | *+ | Juan Carlos V. Malabuyo, 1807 Harmon Road, Conshohocken, PA 19428-1206 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2025           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Debtor Juan Carlos V. Malabuyo spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 26, 2025 | Form ID: 155 | Total Noticed: 49 |

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

Form 155 (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Juan Carlos V. Malabuyo<br><br>   Debtor(s). | Case No. 24−13395−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: February 25, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court