United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-13395-amc

Juan Carlos V. Malabuyo                                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: May 26, 2026 | Form ID: pdf900 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 14929237 | + | Juan Carlos V. Malabuyo, 1807 Harmon Road, Conshohocken, PA 19428-1206 |
| 14937670 | + | Pennymac Loan Services, LLC, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14929259 | + | Trisha T. Malabuyo, 1807 Harmon Road, Conshohocken, PA 19428-1206 |
| 14938300 | | Truist Bank, Truist Bank, Support Services, PO Box 85092, VA 23286 |
| 14937418 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14929246 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, Elan Financial Services, P.O. Box 790408, St. Louis, MO 63179-0408 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14929240 | | Email/Text: legal@arsnational.com | May 27 2026 03:58:00 | ARS National Services, Inc., P.O. Box 469046, Escondido, CA 92046-9046 |
| 14930244 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 27 2026 04:03:58 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14944737 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 27 2026 04:03:58 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14929239 | + | Email/Text: ally@ebn.phinsolutions.com | May 27 2026 03:58:00 | Ally Financial, Inc., Attn: Bankruptcy, P.O. Box 380901, Bloomington, IL 55438-0901 |
| 14929241 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 27 2026 03:58:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14948459 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 27 2026 03:58:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14929242 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2026 04:03:58 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14931003 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 27 2026 04:03:55 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14932572 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2026 04:03:52 | Capital One N.A. by AIS InfoSource LP as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14932295 | + | Email/PDF: ebn_ais@aisinfo.com | May 27 2026 04:03:52 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14929243 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2026 04:03:53 | Citibank, Citicorp Credit Services, Centralized Bankruptcy, P.O. Box 790040, St Louis, MO 63179-0040 |
| 14929244 | ^ | MEBN | May 27 2026 03:54:50 | D & A Services, 1400 E. Touhy Avenue, Suite G2, |

| | | | |
|---|---|---|---|
| | | | Des Plaines, IL 60018-3338 |
| 14929236 | ^ MEBN | May 27 2026 03:55:04 | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14929245 | + Email/Text: mrdiscen@discover.com | May 27 2026 03:58:00 | Discover Bank, Attn: Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14931412 | Email/Text: mrdiscen@discover.com | May 27 2026 03:58:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14930315 | Email/Text: collecadminbankruptcy@fnni.com | May 27 2026 03:58:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 14929247 | Email/Text: collecadminbankruptcy@fnni.com | May 27 2026 03:58:00 | First National Bank of Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 14929248 | Email/Text: bankruptcy@foundationfinance.com | May 27 2026 03:58:00 | Foundation Finance Company, Attn: Bankruptcy, P.O. Box 437, Schofield, WI 54476 |
| 14929249 | + Email/Text: contact@fiwlaw.com | May 27 2026 03:58:00 | Frederic I. Weinberg, Esquire, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14929238 | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | May 27 2026 03:58:00 | Frederic J. Baker, Esquire, Assistant United States Trustee, Robert NC Nix, Sr. Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14929250 | Email/Text: clientsupport-us-stl@indebted.co | May 27 2026 03:58:00 | InDebted USA, Inc., P.O. Box 1201, Farmington, MO 63640-4128 |
| 14929251 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 27 2026 03:58:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14948091 | Email/Text: JCAP_BNC_Notices@jcap.com | May 27 2026 03:58:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 14939937 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 27 2026 03:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14929252 | + Email/PDF: ais.chase.ebn@aisinfo.com | May 27 2026 04:03:52 | JPMorgan Chase Bank, N.A., P.O. Box 29505, AZ1-1191, Phoenix, AZ 85038-9505 |
| 14949175 | Email/Text: JCAP_BNC_Notices@jcap.com | May 27 2026 03:58:00 | Jefferson Capital Systems, LLC, PO Box 772813, Chicago IL 60677-2813 |
| 14929253 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 27 2026 03:58:00 | Nelnet, Attn: Claims, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 14937260 | ^ MEBN | May 27 2026 03:54:53 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14929254 | + Email/PDF: ebnotices@pnmac.com | May 27 2026 04:03:59 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 14943328 | + Email/PDF: ebnotices@pnmac.com | May 27 2026 04:03:59 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14929255 | + Email/Text: bkrgeneric@penfed.org | May 27 2026 03:58:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, 2930 Eisenhower Avenue, Alexandria, VA 22314-4557 |
| 14967293 | Email/Text: bnc-quantum@quantum3group.com | May 27 2026 03:58:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14929256 | + Email/Text: bknotice@raslavrar.com | May 27 2026 03:58:00 | RAS LaVrar, LLC, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 14929257 | ^ MEBN | May 27 2026 03:55:02 | Ratchford Law Group, P.C., 54 Glenmaura National Boulevard, Suite 104, Moosic, PA 18507-2161 |

| 14933231 | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2026 04:03:53 | Santander Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14929258 | + Email/PDF: SoFiBKNotifications@resurgent.com | May 27 2026 04:03:53 | Sofi Lending Corporation, Attn: Bankruptcy, P.O. Box 1022, Chesterfield, MO 63006-1022 |
| 14929260 | + Email/Text: bankruptcy@bbandt.com | May 27 2026 03:58:00 | Truist Bank, P.O. Box 849, Wilson, NC 27894-0849 |
| 14937418 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 27 2026 03:58:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14949076 | Email/Text: bknotice@upgrade.com | May 27 2026 03:58:00 | Upgrade, Inc., 2 N Central Ave Floor #10, Phoenix, AZ 85004 |
| 14929261 | Email/Text: bknotice@upgrade.com | May 27 2026 03:58:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 14929246 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 27 2026 03:58:00 | Elan Financial Services, P.O. Box 790408, St. Louis, MO 63179-0408 |
| 14934400 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 27 2026 03:58:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 14929262 | + Email/Text: UpStart@ebn.phinsolutions.com | May 27 2026 03:58:00 | Upstart Finance, Attn: Bankruptcy, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 14930575 | + Email/Text: UpStart@ebn.phinsolutions.com | May 27 2026 03:58:00 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14929263 | + Email/Text: BKRMailOps@weltman.com | May 27 2026 03:58:00 | Weltman, Weinberg & Reis Co., LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026                              Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DAVID B. SPITOFSKY | on behalf of Debtor Juan Carlos V. Malabuyo spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2                          User: admin                                              Page 4 of 4
Date Rcvd: May 26, 2026                       Form ID: pdf900                                          Total Noticed: 49

MATTHEW K. FISSEL

       on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

United States Trustee

       USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

JUAN CARLOS V. MALABUYO

Debtor

Chapter 13

Bankruptcy No. 24-13395-AMC

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: May 26, 2026**

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge